# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Patrick O'Neal Neely, *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-0177-MBS |
| Gabriele Kitchings; Waylon Fields; Michael Trailway; Scottie Hudson; Johnathan Brown; Joseph Berry; Aiken County *Defendants* | ) ) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Patrick O'Neal Neely, shall take nothing of the defendants, Gabriele Kitchings, Waylon Fields, Michael Trailway, Scottie Hudson, Johnathan Brown, Joseph Berry; Aiken County, and the complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett granting the defendants' motion to dismiss.

Date: October 21, 2010

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*